KOLLIS, Respondent, v. BUFFALO UNION TERMINAL R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 19, 1913.) Action by Julia Kollis, as administratrix, etc., against the Buffalo Union Terminal Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 157 App. Div. 903, 142 N. Y. S. 1126.

KORNBLUTH, Respondent, v. ISAACS et al., Appellants. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Abraham Kornbluth against Edward A. Isaacs and others. H. L. Scheuerman, of New York City, for appellants. N. D. Stern, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 149 App. Div. 108, 133 N. Y. Supp. 737.

KOUPAL, Appellant, v. MAYER, Respondent. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Alethea Koupal against Marcus Mayer. J. S. Sumner, of New York City, for appellant. W. F. Goldbeck, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

KUNTZE v. PRAGNELL. (Supreme Court, Appellate Term, First Department. December 30, 1913.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by Charles Kuntze against Agnes M. Pragnell. From a judgment for plaintiff, defendant appeals. Reversed, and new trial ordered. Joseph Fennelly, of New York City, for appellant. Robert S. Patterson, of New York City, for respondent.

SEABURY, J. The plaintiff sues to recover commissions alleged to have been earned as a broker. The plaintiff claims that he was employed to secure a person willing to exchange property which he owned for property which he claims the defendant described to him. It does not appear that the defendant owned the property to be exchanged, or that she sustained any relation to it other than that of broker. Moreover, the proof does not show that the plaintiff procured a person willing to make the exchange upon the terms that the defendant specified. The evidence is vague and general, and fails to establish in any satisfactory manner that the plaintiff was authorized to act as broker, or that he performed services entitling him to recover. Judgment reversed, and new trial ordered, with costs to the appellant to abide the event. All concur.

KURNICK, Respondent, v. GREENBAUM, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Action by Nathan Kurnick against Lena Greenbaum. No opinion. Motion granted, with costs.

KWIESIEN, Respondent, v. SCHNEIDER et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 12, 1913.) Action by Michael Kwiesien, an infant, by Maikr Daytriw, his guardian ad litem, against Florian Schneider and others, copartners, etc. No opinion. Judgment and order of the County Court of Kings County reversed, and new trial ordered, costs to abide the event, for errors in charge at folios 150 to 153 of the case on appeal.

In re KYDE. (Supreme Court, Appellate Division, First Department. December 31, 1913.) In the matter of Charles H. Kyde, an attorney.
PER CURIAM. Motion granted. Settle order on notice.
INGRAHAM, P. J., dissents.

LAKIN, Respondent, v. HEALY, Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Action by Oliver Lakin against Patrick J. Healy. No opinion. Judgment and order unanimously affirmed, with costs.

In re LAMBORN. (Supreme Court, Appellate Division. Second Department. December 5, 1913. In the matter of Leebert L. Lamborn, an attorney. No opinion. Motion granted, and respondent's name stricken from the roll of attorneys.

In re LANCASHIRE. WILCOX, Appellant, v. AMERICAN SURETY CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 19, 1913.) In the matter of Norman F. Lancashire, committee, etc., of Amelia Agnes Lancashire, an incompetent person. Proceeding by Charles F. Wilcox, special guardian, etc., against the American Surety Company. No opinion. Motion granted, without costs.

In re LANE. (Supreme Court, Appellate Division, Second Department. December 12, 1913.) In the matter of the application of Eugene W. Lane to review the threatened action of the Democratic County Committee of Suffolk County, N. Y., respecting the filling of certain vacancies in its membership. No opinion. Order affirmed, with $10 costs and disbursements.

In re LA RUE. FORSYTHE v. CAMERON. (Supreme Court, Appellate Division, First Department. December 26, 1913.) In the matter of Charles La Rue, an attorney. Action by John Forsythe against Alexander Cameron, Jr. C. La Rue, of New York City, for appellant. O'Brien, Boardman & Platt and J. F. Forrester, all of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LATTEY, Respondent, v. CORSE PAYTON AMUSEMENT CO., Appellant. (Supreme